[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Case No. 09-15097
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 28, 2012
JOHN LEY
CLERK

D.C. Docket No. 09-00195-CR-T-30-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MISAEL PAREDES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 28, 2012)

Before PRYOR, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Cynthia J. Hernandez, appointed counsel for appellant Misael Paredes in

this direct criminal appeal, has moved to withdraw from further representation of

Paredes and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.

Ct. 1396 (1967). Our independent review of the entire record reveals that

counsel's assessment of the relative merit of this appeal is correct. Because

independent reexamination of the entire record reveals no issues of arguable merit,

counsel's motion to withdraw is **GRANTED**, and Paredes's conviction and

sentence are **AFFIRMED**.